**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

August 24, 2022

LETTER TO COUNSEL

Re:     *United States of America v. Jacky McComber*
        Criminal No.:  ELH-21-0036

Dear Counsel:

As I believe you know, I am at a judicial education program. I am in a different time zone.  I have had to interrupt my work here to review ECF 148 and to draft this letter.

Through my judicial assistant, I had asked Mr. Ahlers, via email, whether the defense intends to call any witnesses in connection with its *Brady* motion. This information would be relevant to determine how much time I need to allocate for the hearing. And, by extension, this would be a factor in regard to the request of the government to begin the hearing on August 30, 2022, rather than August 29, 2022.  However, ECF 148 does not include this information.

It does appear that the government belatedly filed its motion in limine.  *See* ECF 144.  As to the defense claim of prejudice due to the government's belated filing, however, the defense has not provided any facts to support the assertion.

At this point, I plan to begin the hearing at 10:00 a.m. on August 29, 2022, as scheduled.

Sincerely,

/s/
Ellen L. Hollander
United States District Judge

ELH/kw