

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Jefferson M. Gray*
*Assistant United States Attorney*
*Jefferson.M.Gray@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4915*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

August 26, 2022

**BY CM/ECF**

The Hon. Ellen L. Hollander
U.S. District Court Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

<div style="margin-left:2em">

Re:     *United States v. Jacky McComber*
          Crim. No. ELH-21-036
          Next Week's Motion Hearing

</div>

Dear Judge Hollander:

      I am writing with regard to the upcoming motions hearings in this case at the beginning of next week. We had previously advised the Court and opposing counsel that we intended to call as our sole witness Ms. Kelly Sulewski, who is the Office Chief overseeing contracting for the Director of Operations, Engagement & Policy, and NSOC. We had indicated that we intended to have Ms. Sulewski testify about her role in assembling the Ironbridge contract file for production to the defense, as well as general contract record-keeping requirements and practices at the NSA, and that we thought her testimony on direct examination might take perhaps half an hour.

      As a result of our recent witness preparation session with Ms. Sulewski, however, it is clear that it will take longer than we previously realized to outline the full range of her responsibilities and her previous positions and experience over the course of her 35 years with the NSA. In addition, we have learned that Ms. Sulewski effectively acted as the Agency's point person in conducting a review of NSA's Ironbridge contract files in response to the defense's claim (advanced in its ECF # 60, filed on February 28, 2022) that the government had committed a *Brady* violation by not previously producing the questioned Guinther letter.

      In addition, because Ms. Sulewski is a highly experienced NSA contracting official with an unlimited warrant and 35 years of experience with the Agency, we also believe it would be appropriate and efficient for her during her testimony next week to respond to the assertions about the purported Guinther letter that were advanced by Mr. Charles Stein in his Opinion # 36 and at the recent motion hearing, specifically his claims that the purported Guinther letter "is typical of direction from a CO to a company under the Changes Clause of the contract. It looks like <u>thousands</u> of

The Hon. Ellen L. Hollander
August 26, 2022
Page Two

other Contracting Officer letters that I have seen over 34 years. The substance of
this letter is wholly consistent with the Changes Clause."

      We wanted to advise the Court and opposing counsel that this additional
testimony, along with the full outline of Ms. Sulewski's experience at the NSA, will
likely mean that her testimony on direct and cross will be longer than we originally
expected, although she will still not be a particularly lengthy witness.  And since we
are now planning to start on Monday morning and potentially make use of
Tuesday's time for any runover if necessary, her additional testimony on these
matters should not cause any disruption to our existing planned schedule for next
week's hearing.

      Very Truly Yours,

        /s/

      Jefferson M. Gray


cc:  Clarke Ahlers, Esq. (by CM/ECF)