

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Jefferson M. Gray*
*Assistant United States Attorney*
*Jefferson.M.Gray@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4915*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

September 2, 2022

**BY CM/ECF**

The Hon. Ellen L. Hollander
U.S. District Court Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:   *United States v. Jacky McComber*
              Crim. No. ELH-21-036
              Final Filing Concerning Mr. Stein's Opinions

Dear Judge Hollander:

    At the end of the Stein motions hearing on July 25th, the Court had set today as the due date for each side to respond to the other's post-hearing filing, which was due on August 23rd. More recently, I recall your Honor stating during the motion hearing that you would not be able to read the final briefs over the Labor Day weekend in any event, so that we could be excused from the Friday deadline if we wished. My response at the time was that we were still hoping to make today's deadline work.

    As it happens, I have found that in light of the time taken up by the motions hearing earlier this week and the preparation time for that at the end of last week and over this past weekend, today has proved to be too soon to finish our final response on the Stein opinions. I am hopeful that it will be possible to do so by tomorrow evening.

    I have advised defense counsel that we have no objection to his taking additional time as well, and/or postponing the filing of his brief until we have filed ours.

                                 Very Truly Yours,

                                 Jefferson M. Gray

cc:  Clarke Ahlers, Esq. (by CM/ECF)