# United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

September 22, 2022

LETTER TO COUNSEL

    Re:    *United States of America v. Jacky Lynn McComber f/k/a Jacky Lynn Kimmel*
             Criminal No.:  ELH-21-0036

Dear Counsel:

As you know, we held lengthy telephone conferences on September 21, 2022, and September 22, 2022.[1]  The following revised schedule shall now govern:

1. The government's motion in limine as to the Bosshardt letter is due by the close of business on **September 27, 2022.**

2. The pretrial conference is rescheduled to **January 13, 2023, at 3:00 p.m.**, in Courtroom 5B.

3. Trial (4 weeks, jury) is **January 23, 2023.**  Counsel are directed to report to the Courtroom by 9:30 a.m. on January 23, 2023.

4. **Defense counsel is reminded to arrange for a *Lafler* hearing with a magistrate judge, to be held shortly before the commencement of trial.**

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                          Very truly yours,

                                          /s/
                                        Ellen L. Hollander
                                        United States District Judge

---

[1] A court reporter participated for both status conferences.