

# CLARKE F. AHLERS, P.C.

ATTORNEY-AT-LAW

ATHOLTON SQUARE
10450 SHAKER DRIVE, SUITE 111
COLUMBIA, MARYLAND 21046

TELEPHONE: 410.740.1444
FACSIMILE: 410.740.0048

28 September 2022

<u>Via ECF</u>

Honorable Ellen L. Hollander
U.S. District Court Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

      RE:    United States v. Jacky McComber
                Crim. No. ELH-21-036

Dear Judge Hollander:

    Today, Ms. McComber, my secretary, and I have set aside the entire day to work on a response to the Boshart motion in limine. Unfortunately, the prosecutors have missed the new deadline for filing that you ordered. ECF #168.

    We leave to your judgment what, if anything, should be done. Thank you for your attention to this matter.

                                       Very truly yours,

                                       Clarke F. Ahlers, Esq.

cc:    AUSA's via ECF