IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.   ELH-21-36 |
| Jacky McComber | * | |
| | ****** | |

## ORDER

This matter came before this Court on January 10 and 13, 2023, for argument of Defendant's Motion in Limine (ECF 203). For reasons stated on the record, it is this 13th day of January, 2023, hereby

ORDERED that Defendant's Motion in Limine (ECF 203) is DENIED.

1/13/2023
Date

Ellen L. Hollander
United States District Judge