1/30

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES

\*

\*   Case No. ELH-21-036

v.

JACKY McCOMBER    \*

\*

USDC- BALTIMORE
'23 FEB 15 PM 3:35

**EXHIBITS:** Defense

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | Ironbridge pre-RFP internal documents |
| 2 | | | Ironbridge Surveillance Plan V.1 |
| 3 | | | Ironbridge RFP |
| 4 | | | InfoTeK's Response to Government's RFP |
| 5 | | | DID Monthly Program Report |
| ✓ 6 | 1/31/23 | 1/31/23 | COR Letter (Jonathan Smith) |
| 7 | | | COR Handbook |
| ✓ 8 | 2/6/23 | 2/6/23 | Contractor Annual Performance Evaluations |
| 9 | | | August 2016 COR Monthly Vendor Evaluation |
| 10 | | | 2016/2017 FHMRs and Spend Reports |
| 11 | | | Ironbridge Invoices Indictment Period |
| 12 | | | DoD Contract Closeout Guidebook |
| 13 | | | DoD Instruction 5000.72 |
| 14 | | | P0053 of Ironbridge Contract |
| 15 | | | 2018 Closeout P0053 emails & Internal |
| 16 | 2/7/23 | 2/7/23 | 11/2021 Bosshardt closeout email |
| 17 | | | Ironbridge II RFP |
| 18 | | | ITK response to RFP plus award notification |

ExhibitList (06/2016)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES

v.

JACKY McCOMBER

Case No. ELH-21-036

**EXHIBITS:** Defense -- Page 2

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| ✓ 19 | 2/7/23 | 2/7/23 | Non-Prosecution Agreement w/ attachment |
| 20 | | | Preston Civil Deposition 11/12/2018 |
| 21 | | | Preston Errata |
| 22 | | | Preston CPA and Prior Felony Conviction Records |
| 23 | 2/7/23 | | Preston Grand Jury Transcripts |
| 24 | | | McComber Unclassified Emails |
| ✓ 25 | 1/31/23 | 1/31/23 | Email to Jonathan Smith 01/14/2014 |
| 26 | | | Smith, ITK recommendation w/ Email |
| ✓ 27 | 1/31/23 | 1/31/23 | TTO2 FY14 |
| 28 | | | Memorandum of Interview Jon Smith 03/30/2022 |
| 29 | | | Emails Jon Smith to/from McComber |
| ✓ 30 | 1/24/23 | 1/24/23 | OIG Interview Jason Doyle 04/16/2019 |
| ✗ 31 | 1/24/23 | 1/24/23 | Interview Transcript - Shilo Weir |
| ✓ 32 | 1/26/23 | 1/26/23 | FAR 16.207-3 |
| 33 | | | Doyle Resignation Letter 03/29/2018 |
| ✓ 34 | 1/25/23 | 1/25/23 | Memorandum of Appointment 08/11/2015 |
| ✓ 35 | 1/30/23 | 1/30/23 | FAR 16.207-1 & 16.207-2 |
| 36 | | | Guinther OIG Transcript 03/14/2018 |

ExhibitList (06/2016)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES

v.

JACKY McCOMBER

Case No. ELH-21-036

**EXHIBITS:** Defense -- Page 3

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 37 | | | ITK letter to Guinther 07/23/2012 |
| 38 | | | Email Shaffer to Plunkett 07/20/2012 |
| 39 ✓ | 1/25/23 | 1/25/23 | DoD Instruction 5505.02 |
| 40 | | | DoD Instruction 7050.05 |
| 41 | | | Memorandum of Interview Guinther 03/22/2022 |
| 42 | | | Email 04/01/2016 (not used) |
| 42a ✓ | 1/26/23 | 1/26/23 | JLM022686 Email 03/30/2016 |
| 42b | " | " | Email 06/01/2016 |
| 42c | " | " | Email 10/19/2016 |
| 42d | " | " | Email 11/14/2016 |
| 42e | | | Email 12/14/2017 (not used) |
| 42f | | | Email 12/14/2017 (not used) |
| 42g ✓ | 1/26/23 | 1/26/23 | Email 01/05/2017 |
| 42h | " | " | Email 03/27/2017 |
| 43 | | | Interview of Shilo Weir 03/18/2022 |
| 44 ✓ | 1/26/23 | 1/26/23 | GPS Photo Map (displayed) |
| 45 | 2/8/23 | ID only | Juxtaposition Chart |
| 46 ✓ | 2/8/23 | 2/8/23 | Email - 6/21/17 From Penny Aubertin to Shilo Weir |

ExhibitList (06/2016)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES

v.

JACKY McCOMBER

Case No. ELH-21-036

**EXHIBITS:** Defense -- Page 4

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 47 | 1/31/23 | 1/31/23 | J. Nace Memorandum of Appointment |
| 48 | 1/31/23 | | |
| 49 | 1/31/23 | | Email r/12 |
| 50 | 2/8/23 | 2/8/23 | Spend plan CY 2016 |
| 51 | 1/27/23 | 1/27/23 | NSOC Diagram |
| 52 | 2/8/23 | 2/8/23 | Spend plan CY 2017 |
| 53 | 1/27/23 | 1/27/23 | May 2017 ITK Invoice |
| 54 | 2/1/23 | 2/1/23 | Memorandum of Appointment |
| 55 | 1/31/23 | ID ONLY | Transcript * |
| 56 | 2/8/23 | 2/8/23 | Invoice - 3/2016 |
| 57 | 1/27/23 | 1/27/23 | Memorandum of Appointment (Shirley) |
| 58 | | | Ironbridge Surveillance Plan Version 2 |
| 59 | | | |
| 60 | | | OIG Interview of Shirley 09/29/2017 |
| 61 | | | Email 07/18/2017 |
| 62 | | | |
| 63 | | | |
| 64 | | | |

ExhibitList (06/2016)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov