IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Crim. No. ELH-21-036 |
| ) | |
| JACKY LYNN MCCOMBER, ) | |
| formerly known as       ) | |
| Jacky Lynn Kimmel,      ) | |
| ) | |
| *Defendant.*            ) | |
| _____) | |

**VERDICT FORM**

**COUNT ONE (Submission of False Claim):**

| 1 | April 4, 2016 | 64 hours @ $148.13 hourly = $9,480.32 |
|---|---|---|

What is your verdict as to the defendant with regard to Count One of the Indictment?

GUILTY ✓                    NOT GUILTY _____

**COUNT TWO (Submission of False Claim):**

| 2 | May 4, 2016 | 168 hours @ $148.13 hourly = $24,885.84 |
|---|---|---|

What is your verdict as to the defendant with regard to Count Two of the Indictment?

GUILTY ✓                    NOT GUILTY _____

**COUNT THREE (Submission of False Claim):**

| 3 | June 2, 2016 | 142 hours @ $148.13 hourly = $21,034.46 |
|---|---|---|

What is your verdict as to the defendant with regard to Count Three of the Indictment?

GUILTY ✓                    NOT GUILTY _____

1

**COUNT FOUR (Submission of False Claim):**

| 4 | July 11, 2016 | 172 hours @ $148.13 hourly = $25,478.36 |

What is your verdict as to the defendant with regard to Count Four of the Indictment?

GUILTY         NOT GUILTY _____

**COUNT FIVE (Submission of False Claim):**

| 5 | July 31, 2016 | 156 hours @ $148.13 hourly = $23,108.28 |

What is your verdict as to the defendant with regard to Count Five of the Indictment?

GUILTY         NOT GUILTY _____

**COUNT SIX (Submission of False Claim):**

| 6 | August 31, 2016 | 144 hours @ $148.13 hourly = $21,330.72 |

What is your verdict as to the defendant with regard to Count Six of the Indictment?

GUILTY ✓        NOT GUILTY _____

**COUNT SEVEN (Submission of False Claim):**

| 7 | September 30, 2016 | 168 hours @ $148.13 hourly = $24,885.84 |

What is your verdict as to the defendant with regard to Count Seven of the Indictment?

GUILTY         NOT GUILTY _____

**COUNT EIGHT (Submission of False Claim):**

| 8 | October 31, 2016 | 138 hours @ $148.13 hourly = $20,441.94 |

What is your verdict as to the defendant with regard to Count Eight of the Indictment?

GUILTY ___✓___          NOT GUILTY _____

**COUNT NINE (Submission of False Claim):**

| 9 | November 30, 2016 | 136 hours @ $150.35 hourly = $20,447.50 |

What is your verdict as to the defendant with regard to Count Nine of the Indictment?

GUILTY ___✓___          NOT GUILTY _____

**COUNT TEN (Submission of False Claim):**

| 10 | December 31, 2016 | 128 hours @ $150.35 hourly = $19,244.80 |

What is your verdict as to the defendant with regard to Count Ten of the Indictment?

GUILTY ___✓___          NOT GUILTY _____

**COUNT ELEVEN (Submission of False Claim):**

| 11 | January 31, 2017 | 146 hours @ $150.35 hourly = $21,951.10 |

What is your verdict as to the defendant with regard to Count Eleven of the Indictment?

GUILTY ___✓___          NOT GUILTY _____

3

**COUNT TWELVE (Submission of False Claim):**

| 12 | February 28, 2017 | 144 hours @ $150.35 hourly = $21,650.40 |

What is your verdict as to the defendant with regard to Count Twelve of the Indictment?

GUILTY  ✓  NOT GUILTY _____

**COUNT THIRTEEN (Submission of False Claim):**

| 13 | March 31, 2017 | 146.50 hours @ $150.35 hourly = $22,026.28 |

What is your verdict as to the defendant with regard to Count Thirteen of the Indictment?

GUILTY  ✓  NOT GUILTY _____

**COUNT FOURTEEN (Submission of False Claim):**

| 14 | May 4, 2017 | 120 hours @ $150.35 hourly = $18,042.00 |

What is your verdict as to the defendant with regard to Count Fourteen of the Indictment?

GUILTY  ✓  NOT GUILTY _____

**COUNT FIFTEEN (Submission of False Claim):**

| 15 | June 7, 2017 | 170 hours @ $150.35 hourly = $25,559.50 |

What is your verdict as to the defendant with regard to Count Fifteen of the Indictment?

GUILTY  ✓  NOT GUILTY _____

**COUNT SIXTEEN (Submission of False Claim):**

| 16 | July 11, 2017 | 170 hours @ $150.35 hourly = $25,559.50 |

What is your verdict as to the defendant with regard to Count Sixteen of the Indictment?

GUILTY ✓ _____          NOT GUILTY _____

**COUNT SEVENTEEN (Submission of False Claim):**

| 17 | August 7, 2017 | 109 hours @ $150.35 hourly = $16,388.15 |

What is your verdict as to the defendant with regard to Count Seventeen of the Indictment?

GUILTY ✓ _____          NOT GUILTY _____

**COUNT EIGHTEEN (Submission of False Claim):**

| 18 | September 5, 2017 | 94 hours @ $150.35 hourly = $14,132.90 |

What is your verdict as to the defendant with regard to Count Eighteen of the Indictment?

GUILTY ✓ _____          NOT GUILTY _____

**COUNT NINETEEN (Submission of False Claim):**

| 19 | October 9, 2017 | 88 hours @ $150.35 hourly = $13,230.80 |

What is your verdict as to the defendant with regard to Count Nineteen of the Indictment?

GUILTY ✓ _____          NOT GUILTY _____

**COUNT TWENTY (False Statements):**

What is your verdict as to the defendant with regard to Count Twenty of the Indictment?

GUILTY ✓ NOT GUILTY _____

Signed this 15th day of February, 2023:

_____ [SIGNATURE REDACTED]
Jury Foreperson