IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **United States of America,** | * |
| | * |
| v. | Case No. 1:21-cr-00036-ELH |
| | * |
| **Jacky Lynn McComber** <br> **Defendant** | * |

## MOTION FOR ADMISSION PRO HAC VICE

I, Andrew S. Tulumello, am a member in good standing of the bar of this Court. My bar number is 15494. I am moving the admission of Claire L. Chapla, Esq., of the firm Weil, Gotshal & Manges LLP, 2001 M. Street NW, Ste. 600, Washington, D.C. 20036, to appear pro hac vice in this case as counsel for Defendant Jacky Lynn McComber.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| **See Attachment A** | **See Attachment A** |

2. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

3. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

4. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

5. Either the undersigned movant or Patricia L. Richman, Esquire, is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

6. **The $100.00 fee for admission pro hac vice accompanies this motion.**

7. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Andrew Tulumello<br>Andrew Tulumello, Esquire (Bar No. 15494)<br>Weil, Gotshal & Manges LLP<br>2001 M Street NW #600<br>Washington, DC 20036<br>Phone:  (202) 682-7100<br>Fax:  (202) 857-0939<br>Email:  drew.tulumello@weil.com<br><br>*Attorney for defendant Jacky Lynn McComber* | /s/ Claire L. Chapla<br>Claire L. Chapla, Esquire<br><br>(*signed copy of document bearing signature of Claire L. Chapla is being maintained in office of Andrew S. Tulumello*)<br>Weil, Gotshal & Manges LLP<br>2001 M Street NW #600<br>Washington, DC 20036<br>Phone:  (202) 682-7234<br>Fax:  (202) 857-0939<br>Email:  Claire.chapla@weil.com<br><br>*Attorney for defendant Jacky Lynn McComber* |

**Attachment A: Court Admissions for Claire L. Chapla**

| Court Name | Date of Admission | Bar Number |
|---|---|---|
| The Supreme Court of California* | 02/23/2017 | 314255 |
| District of Columbia Court of Appeals | 02/05/2018 | 230399 |
| United States Court of Appeals for the Third Circuit | 01/04/2019 | |
| United States Court of Appeals for the Tenth Circuit | 05/11/2017 | |
| United States Court of Appeals for the Eleventh Circuit | 9/28/2021 | |
| United States District Court for the Northern District of California | 3/31/2020 | |
| United States District Court for the Eastern District of California | 3/29/2021 | |
| United States District Court for the Central District of California | 4/18/2023 | |

**Admitted by examination*