**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE
SUITE 710
GREENBELT, MARYLAND 20770
TEL:  (301) 344-0600
FAX:  (301) 344-0019

**JAMES WYDA**                                                                                                    **PATRICIA L. RICHMAN**
FEDERAL PUBLIC DEFENDER                                                                    ASSISTANT FEDERAL PUBLIC DEFENDER

August 22, 2023

The Honorable Ellen L. Hollander
United States District Judge for
    the District of Maryland
101 West Lombard Street,
Baltimore, Maryland 21201

Re:   United States v. Jacky McComber
      Case No. 21-036

Dear Judge Hollander:

I write in response to ECF No, 354, in which the Government proposes two additions to the scheduling order. We do not object to either request, and after conferring with the Government, would propose October 6, 2023, as the date by which the parties must meet and confer about objections to the PSR.

Respectfully,

/s/
Patricia Richman
Assistant Federal Public Defender

cc:   Jefferson Gray, AUSA (via ECF; email)
      Peter Cooch, Trial Attorney, United States Department of Justice (via ECF; email)