____ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

3:44 pm, Nov 20 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

UNITED STATES OF AMERICA )
)
v. ) CRIM. NO. ELH-21-036
)
JACKY LYNN MCCOMBER, )
formerly known as )
Jacky Lynn Kimmel, )
)
Defendant. )

## THE GOVERNMENT'S SENTENCING HEARING EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 1 | Letter from Cherril A. Guinther (NSA) to Kristen Amos (ITK), dated December 19, 2011 | Guinther | 11/16/23 |
| 2 | Contract Modification # 2 on the Ironbridge I contract (signed by Contracting Officer [CO] Cherril Guinther on December 13, 2011) | Guinther | 11/16/23 |
| 3 | Signature Pages for Ironbridge I Contract Modifications # 1 (9/12/2011), # 4 (2/28/2012, with accompanying letter from Jacky Kimmel), # 6 (7/12/12), # 7 (8/16/2012), and # 8 (11/1/2012) [taken from ITK Ironbridge contract file] | Guinther | 11/16/23 |
| 4(a) | Letter purportedly from Cherril A. Guinther (NSA) to Craig Plunkett (ITK), dated October 10, 2012 (black and white copy) | Guinther/Plunkett | 11/16/23 |
| 4(b) | Letter purportedly from Cherril A. Guinther (NSA) to Craig Plunkett (ITK), dated October 10, 2012 (color photograph) | Guinther/Plunkett | 11/16/23 |

| | | | |
|---|---|---|---|
| 5 | Letter purportedly from Cherril A. Guinther (NSA) to Craig Plunkett (ITK), dated October 10, 2012, marked with circles, arrows, and explanatory notes to flag anomalies identified by Cherril Guinther to government investigators | Guinther | 11/16/23 |
| 6(a) | Facsimile cover sheet purportedly from Megan Collins (NSA) to Craig Plunkett (ITK), dated October 10, 2012 (black and white copy) | Guinther/Plunkett | 11/16/23 |
| 6(b) | Facsimile cover sheet purportedly from Megan Collins (NSA) to Craig Plunkett (ITK), dated October 10, 2012 (color photograph) | Guinther/Plunkett | 11/16/23 |
| 7 | Facsimile cover sheet purportedly transmitted from Megan Collins (NSA) to Craig Plunkett (ITK), dated October 10, 2012, marked with circles, arrows, and explanatory notes to flag anomalies identified by Cherril Guinther to government investigators | Guinther | 11/16/23 |
| 8 | Additional copy of purported Guinther letter dated October 10, 2012 subsequently produced by defense counsel, purportedly from a different file (Item 12 for purposes of FBI Questioned Documents Examination) | Eisenhardt | 11/16/23 |
| 9 | Other letters and emails known to be authentic exchanged between ITK and the NSA between July 23, 2012 and November 7, 2012 | Guinther/Plunkett/ Eisenhardt | 11/16/23 |

| | | | |
|---|---|---|---|
| 10 | Excerpt of NSA investigative interview transcript with Craig Plunkett dated March 8, 2018, in which he testified that there was never a written agreement from the NSA allowing ITK's program manager on the Ironbridge contract to work off-site, but only a "gentleman's agreement" to that effect | Plunkett | |
| 11 | C.V. of FBI Questioned Documents Examiner Linda Eisenhardt | Eisenhardt | 11/16/23 |
| 12 | Images of various awards received by Examiner Linda Eisenhardt (two from the FBI, including the Director's Award for Outstanding Scientific Achievement, and one joint award from the Forensic Research Committee of The American Society of Crime Laboratory Directors (ASCLD)) | Eisenhardt | 11/16/23 |
| 13 | Documents submitted to the FBI Questioned Documents Unit (QDU) by government investigators in connection with its examination of the purported Guinther letter and facsimile cover sheet | Eisenhardt | 11/16/23 |
| 14 | Laboratory report prepared by FBI Questioned Documents Examiner Linda Eisenhardt concerning the questioned Guinther documents (dated July 19, 2022) | Eisenhardt | 11/16/23 |
| 15 | Slides prepared by FBI Questioned Documents Examiner Linda Eisenhardt summarizing her conclusions with respect to her examination of the questioned Guinther | Eisenhardt | 11/16/23 |

ADMITTED

| | | documents | | |
|---|---|---|---|---|
| | 16 | | | |
| | 17 | Email re Cherril Guinther access control records for 12/19/2011 & 10/10/2012 | | 11/16/23 |
| | 18 | Email re access control records for Jacky Kimmel on 3/14/16 | | |
| | 19 | Excerpts from Government cross of NSA Ironbridge Contracting Specialist and Contracting Officer (2016-18) Tiffany Starr Smith | | 11/20/23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

                                        Respectfully submitted,

                                        EREK L. BARRON
                                        UNITED STATES ATTORNEY

                                                        /s/
                                        _____
                                        Jefferson M. Gray
                                        Assistant U.S. Attorney

                                        U.S. Attorney's Office
                                        District of Maryland
                                        36 S. Charles Street, 4th Floor
                                        Baltimore, MD 21201
                                        (410) 209-4915
                                        Jefferson.M.Gray@usdoj.gov

Date:  November ____, 2023