FILED ✓ ENTERED
____ LOGGED ____ RECEIVED

3:44 pm, Nov 20 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

# United States of America

### v.

## Jacky McComber

**Criminal No. 21-cr-0036**                               **Defense Sentencing Exhibits**

| Exhibit No. | Doc. No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|---|
| Def. Ex. 1 | ECF No. 79-2 | 11/16/23 | 11/16/23 | | Fax from Jeannine Shaffer to Kristen Amos, dated December 19, 2011 |
| Def. Ex. 2 | ECF No. 79-3 | 11/16/23 | 11/16/23 | | Letter from Cherril Guinther to Craig Plunkett, September 2013 |
| Def. Ex. 3 | ECF No. 79-4 | 11/16/23 | 11/16/23 | | Letter from Megan Collins to Craig Plunkett, dated September 13, 2013 |
| Def. Ex. 4 | Gov. Ex. 27(h) | 11/16/23 | 11/16/23 | | Email chain between Cherril Guinther and Craig Plunkett, dated late September 2012 |
| Def. Ex. 5 | Gov. Ex. 27(i) | 11/16/23 | 11/16/23 | | Emails from Craig Plunkett to Cherril Guinther and Megan Collins re Off-site PM Proposal, dated October 18, 2012 |
| Def. Ex. 6 | | 11/17/23 | 11/17/23 | | 1A Case Record (communications log, chain of custody report) |
| Def. Ex. 7 | | 11/17/23 | 11/17/23 | | Photograph-Boxes |
| Def. Ex. 8(a) | | 11/17/23 | 11/17/23 | | 1A Case Record Report (bench notes) |
| Def. Ex. 8(b) | | 11/17/23 | 11/17/23 | | IA Case Record Report (Object Repository) |

| Exhibit No. | Doc. No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|---|
| Def. Ex. 9 | | 11/17/23 | 11/17/23 | | DOC-211-08: Alteration Examinations |
| Def. Ex. 10 | | 11/17/23 | 11/17/23 | | DOC-207-08: Graphic Arts, Photocopier, and Printer Examinations |
| Def. Ex. 11 | | | | | Defense QDE Powerpoint |
| Def. Ex. 12 | Gov. Ex. 22(a) | 11/20/23 | 11/20/23 | | Excerpt of Monthly Calendars |
| Def. Ex. 13 | -- | 11/20/23 | 11/20/23 | | Excerpt of Craig Plunkett OIG Transcript (Mar. 8, 2018) |
| Def. Ex. 14 | Gov. Ex. 30(a)(3) | 11/20/23 | 11/20/23 | | Excerpt of Statement of Work (Nov. 4, 2016) |
| Def. Ex. 15 | Gov. Ex. 22(l) | 11/20/23 | 11/20/23 | | Excerpt of InfoTek Emails (March 2016) |
| Def. Ex. 16 | Gov. Ex. 22(f) | 11/20/23 | 11/20/23 | | Excerpt of AmEx Statements |
| Def. Ex. 17 | Gov. Ex. 22(j) | 11/20/23 | 11/20/23 | | Excerpt of Lync Messages (Dec. 14, 2016) |
| Def. Ex. 18 | -- / Gov. Ex. 22(c)(13) | 11/20/23 | 11/20/23 | | Email re: Eric Bennett – Sr SP Dev resume (July 11, 2017) / Ironbridge Invoice (Aug. 2017) |
| Def. Ex. 19 | Def. Ex. 42 | 11/20/23 | 11/20/23 | | Emails re: rates (Apr. 1, 2016) |
| Def. Ex. 20 | Def. Ex. 42(c) | | | | Emails re: Mike Kemp (Oct. 19, 2016) |
| Def. Ex. 21(a) | Gov. Ex. 21(a) | 11/20/23 | 11/20/23 | | Investigative Spreadsheet |
| | | | | | |
| | | | | | |