USA

vs.

Jacky McComber

**Criminal No. ELH-21-36**                                                                 **Defense Exhibits**

**Discovery Hearing 12/21/23**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 12/21/23 | 12/21/23 | Correspondence |
| 2 | 12/21/23 | 12/21/23 | Correspondence |
| 3 | 12/21/23 | 12/21/23 | Email from Crystal Weeks |
| 4 | 12/21/23 | 12/21/23 | Email from Crystal Weeks |
| 5 | 12/21/23 | 12/21/23 | ECF 196 – 11/11/22 correspondence |
| 6 | 12/21/23 | 12/21/23 | Stoplight report (status report) |

Exhibit List (Rev. 3/1999)