IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA )
)
v. ) CRIM. NO. ELH-21-036
)
JACKY LYNN MCCOMBER, )
formerly known as )
Jacky Lynn Kimmel, )
)
Defendant. )
_____ )

~~PROPOSED~~ ORDER MODIFYING DEADLINES

As a result of discussions by the parties during the January 30, 2024 status conference (ECF No. 418) it is hereby ORDERED that the dates previously established in ECF No. 399 will be modified as set forth below.

1. The government's supplemental/revised sentencing brief will be due **Friday, April 5, 2024**.

2. The defense's response to the Government's supplemental/revised sentencing memo will be due on **Friday, April 19, 2024**.

3. The government's reply brief in support of its supplemental/revised sentencing memo will be due on **Friday, May 3, 2024**.

4. The defendant's sentencing shall occur on **Friday, May 17, 2024** at 10:00 a.m. The Court will set aside an entire day for this proceeding.

So ordered this 14th day of February, 2024.

Ellen L. Hollander
THE HON. ELLEN L. HOLLANDER
UNITED STATES DISTRICT JUDGE

cc: All Counsel (by ECF)

1