IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. 21-cr-00036-ELH |
| JACKY LYNN MCCOMBER | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO FILE OBJECTIONS TO GOVERNMENT'S PROPOSED GUIDELINES ENHANCEMENTS AND PRESENTENCE INVESTIGATION <u>REPORT OVER PAGE LIMIT</u>**

Defendant Jacky McComber, by and through undersigned counsel, hereby moves, pursuant to Local Rule 105.3 (setting page limitations for various court submissions), to file an oversize sentencing submission in this matter. Ms. McComber's case presents significant factual and legal matters relevant to sentencing which required a sentencing submission in excess of the limits set forth in Local Rule 105.3.

Wherefore, Ms. McComber requests leave to file an oversize sentencing submission.

Dated: April 19, 2024

Respectfully submitted,

JAMES WYDA
Federal Public Defender

<u>/s/ Andrew S. Tulumello</u>
Andrew S. Tulumello (Bar No. 15494)
Claire L. Chapla (admitted *pro hac vice*)
Crystal L. Weeks (admitted *pro hac vice*)
Alli Katzen (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7100
Fax: (202) 857-0940
Drew.tulumello@weil.com
Claire.chapla@weil.com
Crystal.weeks@weil.com
Alli.katzen@weil.com

<u>/s/ Patricia L. Richman</u>
Patricia L. Richman (Bar No. 803572)
(*signed by Andrew S. Tulumello with permission of Patricia L. Richman*)
ASSISTANT FEDERAL PUBLIC DEFENDER
6411 Ivy Lane
Suite 710
Greenbelt, MD 20770
Phone: (301) 344-0600
Fax: (301) 344-0019
Email: patricia_richman@fd.org

*Counsel for Defendant Jacky Lynn McComber*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, a copy of the foregoing was served via CM/ECF to parties in this matter.

_____/s/_____
Andrew S. Tulumello