**Karen Warren**

| | |
|---|---|
| **From:** | Patricia Richman <Patricia_Richman@fd.org> |
| **Sent:** | Friday, April 26, 2024 8:56 AM |
| **To:** | Karen Warren |
| **Cc:** | Weeks, Crystal; Katzen, Alli; Chapla, Claire; jefferson.m.gray_usdoj.gov; Tulumello, Drew |
| **Subject:** | US v. McComber, 21-cr-00036 |

Ms. Warren:

Good morning! I am writing regarding Mr. Gray's filing last evening, ECF No. 440, in which he seeks a conference with the Court to discuss his request to continue scheduling and raises several substantive concerns with the defense's sentencing submissions. We would like the opportunity to briefly respond to Mr. Gray's letter on Monday, and to schedule any conference call the Court would like to convene to follow. I am heading out of town this afternoon and have a significant filing on Monday.

Please let us know if that is acceptable to the Court.

Best-

Patricia L. Richman
Assistant Federal Public Defender
Office of the Federal Public Defender for the District of Maryland
6411 Ivy Lane Ste 710
Greenbelt, MD 20770
Phone: 301-344-0600
Fax: 303-344-0019
patricia_richman@fd.org

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.