**United States District Court**
**District Of Maryland**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

April 26, 2024

LETTER TO COUNSEL

    Re:    *United States of America v. Jacky McComber*
             Criminal No.: ELH-21-0036

Dear Counsel:

    In your respective sentencing submissions (Government, ECF 431; Defense, ECF 435), both sides cite to the case of *United States v. Malik*, JKB-16-0324. In particular, both sides quote from the sentencing transcript in that case, docketed at ECF 460, filed February 7, 2019.

    The transcript is about 192 pages in length. Yet, neither side has provided a pin cite for its respective quotation(s). This is frustrating, as I am attempting to educate myself about a case which is discussed by both sides.

    Therefore, I ask the government to provide the pin cite for the block quote that appears at ECF 431 at 35. I ask the defense to provide the pin cite for the quotes at ECF 435 at 37.

    Your prompt attention to this request will be greatly appreciated.

                              Very truly yours,

                              /s/
                          Ellen L. Hollander
                          United States District Judge

ELH/kw