**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE
SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA
FEDERAL PUBLIC DEFENDER

PATRICIA L. RICHMAN
ASSISTANT FEDERAL PUBLIC DEFENDER

May 3, 2024

The Honorable Ellen L. Hollander
United States District Judge for
        the District of Maryland
101 West Lombard Street,
Baltimore, Maryland 21201

> Re:     United States v. Jacky McComber
>         Case No. 21-036

Dear Judge Hollander:

In this Court's April 23, 2024 Order (ECF No. 438), which responded to Mr. Gray's objection to the defense motion to seal Ms. McComber's 3553(a) memorandum, this Court directed Ms. McComber to file a response to that objection by today's date, May 3, 2024.

Earlier this week, on May 1, 2024, ECF No. 451, the Court continued the sentencing in this matter until late June, along with the government's briefing schedule. In light of this change, and the press of other work, Ms. McComber respectfully requests an extension of the date by which her response to the government's sealing objection is due to May 7, 2024.

The government has no objection to this request, and Ms. McComber does not object to a commensurate extension of the government's response to Ms. McComber's filing. With that modification, the government's paper would be due on May 14, 2024.

A proposed order is attached.

Respectfully,

_____/s/_____
Patricia Richman
Assistant Federal Public Defender

Attachment: Proposed Order

cc:     Jefferson Gray, AUSA (email)