IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. ELH-21-0036 |
| **JACKY LYNN MCCOMBER** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO SEAL

Jacky Lynn McComber, through her undersigned counsel, hereby moves this Court for leave to file her Memorandum in Support of Redaction under seal. The Memorandum includes extensive discussions of the highly sensitive and personal information that underlies Ms. McComber's request for redaction.[1]

THEREFORE, the defense requests that this Court grant its motion to seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
for the District of Maryland

_____/S/_____
PATRICIA L. RICHMAN #803572
Assistant Federal Public Defender
Office of the Federal Public Defender
3611 Ivy Lane
Ste. 710
Greenbelt, Maryland 20770
Phone: 301-344-0600
Fax: 301-344-0019
Email: patricia_richman@fd.org

---

[1] Undersigned counsel did not seek the Government's position on this motion because we understand that they are out of office for oral argument before the Fourth Circuit.