**U.S. Department of Justice**

United States Attorney
District of Maryland

*Jefferson M. Gray*
*Assistant United States Attorney & Deputy Appellate Chief*
*Jefferson.M.Gray@usdoj.gov*

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT: 410-209-4915
MAIN: 410-209-4800
FAX: 410-962-3091

June 7, 2024

**BY CM/ECF**
**FILED UNDER SEAL**

The Hon. Ellen L. Hollander
U.S. District Court Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

        Re:   *United States v. Jacky McComber*
                Crim. No. ELH-21-036
                The Court's Letter of May 31, 2024 (ECF # 472)

Dear Judge Hollander:

    I have received the Court's letter of last Friday's date. In it, the Court imposed a deadline of "by the close of business" on today, Thursday, June 7th and next Wednesday, June 12th for the government to files its two sentencing reply briefs in this case.

    Given that we have in the past had some interesting discussions about the meaning of "the close of business" in today's world, can the Court have your Judicial Assistant Ms. Warren advise me whether that means 5:30 p.m., or whether we can treat that as meaning midnight on each day?

                      Very Truly Yours,

                      Jefferson M. Gray

cc:  All counsel (by ECF)