**Ellen Hollander**

| | |
|---|---|
| **From:** | Ellen Hollander |
| **Sent:** | Thursday, June 20, 2024 1:07 PM |
| **To:** | jefferson.m.gray_usdoj.gov; Richman, Patricia (FD); Chapla, Claire; Weeks, Crystal; Katzen, Alli |
| **Cc:** | Karen Warren |
| **Subject:** | US v. McComber, 21-036 |

Dear Counsel:

As you may recall, when we were setting the dates for sentencing, I indicated that I already had a proceeding for the morning of June 28, and therefore we would not be able to start until 1:00 p.m. on June 28. However, I was recently alerted by defense counsel in that case that the defense presentation will take about two hours. Of course, that does not take the government's presentation into account. In light of the notification, and the need to allow court staff to take a lunch break, I am concerned that a 1:00 p.m. start time will not be realistic in the *McComber* case.
So, I will have to push back the start time to 2:00 p.m.

My assistant is out today. But, I wanted to let you know as soon as possible, to minimize any inconvenience. Therefore, I decided to contact you directly, via email.

A paperless order will be issued, noting the time change.

1